UNITED STATES of America,
Appellee,

v.

Timmie Durrell COLE, Sr., Appellant.

No. 08–3619.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 12, 2009.

Filed: Nov. 13, 2009.

Timmie Durrell Cole, Sr., Terre Haute, IN, pro se.

Richard D. Westphal, Shannon L. Olson, Asst. U.S. Attys., Des Moines, IA (Matthew G. Whitaker, U.S. Atty., on the brief), for appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

In this appeal following remand, federal inmate Timmie Durrell Cole, Sr., appeals the district court's[1] denial of his motion for return of property. Having carefully reviewed the district court's factual findings for clear error and its conclusions of law de novo, *see United States v. United Sec. Sav. Bank,* 394 F.3d 564, 567 (8th Cir.2004) (per curiam) (standards of review), we conclude the district court's decision was correct, *see Nunley v. Dep't of Justice,* 425 F.3d 1132, 1139 (8th Cir.2005) (government afforded inmate due process when it sent forfeiture notice to him in care of his attorney). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.